**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF ULKU CAMLIBEL | : | No. 238 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: ROBERT J. GRAY, JAY FINGERET, ESQ. AND H. YALE GUTNICK, ESQ. | : : : | Petition for Allowance of Appeal from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.